**No. 49187.**—Protest 867942–G of Kralen Hat Body Corp. (New York).

Opinion by TILSON, J. The record showed that certain of the racello hats in question are similar to those involved in Abstract 47291 and that others consist of racello hats similar to those involved in Abstract 49048. In accordance therewith the protest was sustained to this extent.